FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0180

_____

CARA FENNESSY,

      Plaintiff and Appellee,

  v.

MARK KNIGHT and LAURA KNIGHT,

      Defendants and Appellants.

_____

MARK KNIGHT and LAURA KNIGHT,              O R D E R

      Third-Party Plaintiffs and Appellants,

  v.

HSBC BANK USA, National Association as
Trustee for Duetsche Alt-A Securities, Inc.,
Mortgage Pass-Through Certificates series
2007-AR3, and SPECIALIZED LOAD
SERVICING, LLC.,

      Third-Party Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2020